CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
FEB 27 2008
JOHN F. CORCORAN, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM FRANKLIN KEYES, SR., | ) | |
|     Petitioner, | ) | Civil Action No. 7:07cv00454 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** and **ADJUDGED**

that Keyes' motion to compel is **DENIED**; the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**; respondent's motion is **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Keyes and counsel of record for the United States.

ENTER: This 27th day of February, 2008.

/s/ Norman K. Moon
United States District Judge